2016-0497 (La. 5/2/16)

**WILLOW CHUTE FARMS, L.L.C.**

v.

**Armand L. ROOS, Elise Roos Resneck, Connie Roos Posner, Roos Properties, L.L.C., Henry Roos Properties, L.L.C., Floyd Roos Properties, L.L.C., Feist Properties, L.L.C., any and all heirs and/or assigns of Armand W. Roos, Jr., Known and Unknown**

Willow Chute Farms, L.L.C.

v.

**George Darrell McLemore, Sr., and Susan Diane McLemore**

NO. 2016-C-0497

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Bossier, 26th Judicial District Court Div. C, Nos. 140, 568, 140, 961; to the Court of Appeal, Second Circuit, No. 50,243-CA AND 50,244-CA

Denied.

■

2016-1639 (La. 9/16/16)

**Gustave J. LABARRE, Jr., et al.**

v.

**OCCIDENTAL CHEMICAL COMPANY, et al.**

NO. 2016-CC-1639

Supreme Court of Louisiana.

September 16, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Assumption, 23rd Judicial District Court Div. A, No. 33796; to

the Court of Appeal, First Circuit, No. 2016 CW 1099

Stay denied. Writ denied.

■

2016-1027 (La. 9/16/16)

**Belinda Layssard STOKES**

v.

**Doris Barnhart LAYSSARD**

NO. 2016-C-1027

Supreme Court of Louisiana.

September 16, 2016

Applying For Writ of Certiorari and/or Review, Parish of Rapides, 9th Judicial District Court Div. G, No. 251,190; to the Court of Appeal, Third Circuit, No. 15-969

Denied.